JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PHYSICIANS' SERVICE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GINA PASTOR, an individual, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:12-cv-10200 SVW (JEM) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised that Defendant Gina Pastor has filed a bankruptcy petition under Chapter 7 of the Bankruptcy Code, which operates as a stay of these proceedings under 11 U.S.C. § 362;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload pending the resolution of the bankruptcy proceedings. The parties shall notify the Court within seven (7) days of the final disposition in the bankruptcy proceedings.

Dated: April 19, 2013

HON. STEPHEN V. WILSON
United States District Judge